**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter   11

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kenny Leigh, PA |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 03-0390369 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 414 Old Hard Road Suite 201 Fleming Island, FL 32003 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clay | **Location of principal assets, if different from principal place of business** |
| County | 414 Old Hard Road Suite 201 Fleming Island, FL 32003 |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.kleighlaw.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   Kenny Leigh, PA                                                     Case number (*if known*) _____
         Name

**7.**   **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5411__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Kenny Leigh, PA | Case number (*if known*) |
|---|---|---|
| | Name | |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Kenny Leigh, PA | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 23, 2016
               MM / DD / YYYY

**X** /s/ Daniel K. Leigh, Jr.                           Daniel K. Leigh, Jr.
Signature of authorized representative of debtor          Printed name

Title    CEO

**18. Signature of attorney**

**X** /s/ Donald M. DuFresne                   Date   August 23, 2016
Signature of attorney for debtor                      MM / DD / YYYY

Donald M. DuFresne
Printed name

Parker & DuFresne, P.A.
Firm name

8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
Number, Street, City, State & ZIP Code

Contact phone    904-733-7766        Email address    bankruptcy@jaxlawcenter.com

802778
Bar number and State

**Fill in this information to identify the case:**

Debtor name      Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      August 23, 2016              **X** /s/ Daniel K. Leigh, Jr.
                                            Signature of individual signing on behalf of debtor

                                            Daniel K. Leigh, Jr.
                                            Printed name

                                            CEO
                                            Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express c/o Zwicker & Associates Attn: John Whallen 10550 Deerwood Pk Blvd #300 Jacksonville, FL 32256 | | Charge Account | | | | $216,442.50 |
| Comcast Spotlight Attn: Bryan Rogero 10751 Deerwood Park Blvd Jacksonville, FL 32256 | | Advertising | | | | $32,160.86 |
| iHeart Media c/o Law Offices Richard Avis PO Box 31579 Chicago, IL 60631 | | Advertising | | | | $6,197.35 |
| Integrity Consulting Service Attn: Eric Jaffe 6225 Lake Gray Blvd Jacksonville, FL 32244 | | Services Rendered | | | | $7,500.00 |
| Internal Revenue Service Attn: Nicole Whitfield 400 West Bay Street Stop 5117 Jacksonville, FL 32202 | | 4th Quarter, 2015 Payroll Taxes | | | | $177,437.31 |
| Jacksonville Jaguars Attn: Kelly Flanagan One EverBank Field Jacksonville, FL 32202 | | Advertising | | | | $25,963.80 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Kenny Leigh, PA | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Lamar Media Attn: Ariel Turner PO Box 96030 Baton Rouge, LA 70896 | | Advertising | | | | $42,231.39 |
| Out Front Media Attn: Evelyn Gonzalez 8917 Western Way, Ste 9 Jacksonville, FL 32256 | | Advertising | | | | $145,000.00 |
| Rumberger, Kirk & Caldwell Attn: Crystal Parsons 300 South Orange Avenue Suite 1400 Orlando, FL 32801 | | | | | | $7,500.00 |
| Suntrust Line of Credit Attn: Betsy Crawford 76 S Laura Street Jacksonville, FL 32202 | | Line of Credit | | | | $250,000.00 |
| Suntrust Visa Attn: Betsy Crawford 76 S. Laura Street Jacksonville, FL 32202 | | Charge Account | | | | $8,572.52 |
| WFLX 1100 Banyan Road West Palm Beach, FL 33401 | | | | | | $2,900.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)                       

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................    $       0.00

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................    $     1,068,965.91

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................    $     1,068,965.91

---

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       0.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     177,437.31

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     744,468.42

4.    **Total liabilities** .......................................................................................................
     Lines 2 + 3a + 3b        $     921,905.73

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Kenny Leigh, PA

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.          **Cash on hand** | $100.00 |
| 2.          **Cash on hand** | $100.00 |
| 2.          **Cash on hand** | $100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Suntrust Operating Account | Checking Account | 8563 | $74,725.63 |
| 3.2. | Suntrust Trust Account | Trust Account | 8838 | $702.34 |
| 3.3. | Suntrust Trust Account | Trust Account | 6638 | $296,068.32 |
| 3.4. | Suntrust Money Market Account | Money Market Account | 8846 | $1,100.00 |
| 3.5. | Suntrust E-Frg Operating Account | Checking Account | 6646 | $2,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Kenny Leigh, PA                                    Case number *(If known)*
          Name

| | | | | |
|---|---|---|---|---|
| 3.6. | Suntrust Book Operating Account | Checking Account | 8312 | $174.00 |
| 3.7. | Fifth Third Bank Operating Account | Checking Account | 2956 | $32,019.87 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $407,590.16 |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.    Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | C&E Investors (Clay Office)<br>414 Old Hard Road, Suite 201, Fleming Island, FL 32003 | $7,363.20 |
| 7.2. | Amrin (Duval Office)<br>301 W. Bay Street, Suite 1010, Jacksonville, FL 32202 | $9,469.69 |
| 7.3. | Building 32602, Inc. (Gainesville Office)<br>2770 NW 43rd, Suite P, Gainesville, FL 32601 | $1,000.00 |
| 7.4. | Miramar Place Office (Fort Walton Beach Office)<br>171 Brooks Street SE, Suite 307, Ft Walton Beach, FL 32548 | $1,605.00 |
| 7.5. | G&I VII Pinnacle, LLC (Ft. Lauderdale Office)<br>6750 N. Andrews Avenue #200, Fort Lauderdale, FL 33309 | $5,282.18 |

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

**9.    Total of Part 2.**
        Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| $24,720.07 |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.    Accounts receivable**

Debtor    Kenny Leigh, PA                                        Case number *(If known)*
_____Name_____

| 11a. 90 days old or less: | 636,655.68 | - | 0.00 | =.... | $636,655.68 |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 4,425,552.37 | - | 4,425,552.37 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$636,655.68

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:        Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>See annexed list | $0.00 | | $0.00 |
| 40. | **Office fixtures**<br>See attached list | $0.00 | | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See attached list | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor     Kenny Leigh, PA                   Case number *(If known)* _____
           Name

| | | |
|---|---|---|
| 42.1.   See attached list | $0.00 | $0.00 |

**43.**   **Total of Part 7.**                                              $0.00
         Add lines 39 through 42.  Copy the total to line 86.

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
         ☐ No
         ■ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

         ■ No.  Go to Part 9.
         ☐ Yes Fill in the information below.

**Part 9:**     **Real property**

**54. Does the debtor own or lease any real property?**

         ■ No.  Go to Part 10.
         ☐ Yes Fill in the information below.

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

         ☐ No.  Go to Part 11.
         ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** <br> No Amortizable Value | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> Customer Lists | $0.00 | | $0.00 |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** <br> See attached list | $0.00 | | $0.00 |

**66.**   **Total of Part 10.**                                             $0.00
         Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    Kenny Leigh, PA _____    Case number *(If known)* _____
          Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☐ No
       ■ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Kenny Leigh, PA _____    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $407,590.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,720.07 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $636,655.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,068,965.91 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,068,965.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Form 4562**
KENNY LEIGH, PA
Form 1120S - Line 21

**Depreciation and Amortization Report**

Tax Year 2015
▶ Keep for your records

2015

03-0390369

| Asset Description | Code | Date In Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEPRECIATION** | | | | | | | | | | | | |
| 160 SERVER | | 01/31/15 | 15,567 | | 100.00 | 15,567 | | | 5.00 | 200DB/HY | | 0 |
| 161 COMPUTER | | 02/23/15 | 588 | | 100.00 | 588 | | | 5.00 | 200DB/HY | | 0 |
| 162 OFFICE FURNITURE | | 02/23/15 | 1,237 | | 100.00 | 1,237 | | | 5.00 | 200DB/HY | | 0 |
| 163 COMPUTERS | | 02/26/15 | 15,419 | | 100.00 | 15,419 | | | 5.00 | 200DB/HY | | 0 |
| 164 FURNITURE | | 05/05/15 | 2,000 | | 100.00 | 2,000 | | | 5.00 | 200DB/HY | | 0 |
| 165 SIGNAGE | | 06/30/15 | 2,772 | | 100.00 | 2,772 | | | 5.00 | 200DB/HY | | 0 |
| SUBTOTAL CURRENT YEAR | | | 37,583 | 0 | | 37,583 | 0 | 0 | | | 0 | 0 |
| 04 OFFICE FURNITURE | | 07/31/02 | 4,139 | | 100.00 | | | 4,139 | 7.00 | 200DB/HY | 4,139 | 0 |
| 06 EXECUTIVE CHAIR | | 08/31/02 | 1,314 | | 100.00 | | | 1,314 | 7.00 | 200DB/HY | 1,314 | 0 |
| 07 3 ALOSA ARM CHAIRS | | 08/31/02 | 2,658 | | 100.00 | | | 2,658 | 7.00 | 200DB/HY | 2,658 | 0 |
| 08 ALOSA ARM CHAIR | | 08/31/02 | 443 | | 100.00 | | | 443 | 7.00 | 200DB/HY | 442 | 0 |
| 09 SOFA | | 08/31/02 | 3,072 | | 100.00 | | | 3,072 | 7.00 | 200DB/HY | 3,072 | 0 |
| 10 2 WING CHAIRS | | 08/31/02 | 3,022 | | 100.00 | | | 3,022 | 7.00 | 200DB/HY | 3,022 | 0 |
| 11 L-DESK | | 08/31/02 | 724 | | 100.00 | | | 724 | 7.00 | 200DB/HY | 724 | 0 |
| 12 TASK CHAIR | | 08/31/02 | 229 | | 100.00 | | | 229 | 7.00 | 200DB/HY | 229 | 0 |
| 24 OFFICE FURNITURE | | 03/01/04 | 925 | | 100.00 | | | 925 | 7.00 | 200DB/HY | | 0 |
| 25 DESK | | 08/31/04 | 1,604 | | 100.00 | | | 1,604 | 7.00 | 200DB/HY | | 0 |
| 26 BOOKSHELVES | | 08/31/04 | 282 | | 100.00 | | | 282 | 7.00 | 200DB/HY | | 0 |
| 27 BATHROOM CABINET | | 05/31/06 | 380 | | 100.00 | | | 380 | 7.00 | 200DB/HY | | 0 |
| 28 HP COMPUTER/MONITOR | | 06/30/06 | 1,119 | | 100.00 | | | 1,119 | 5.00 | 200DB/HY | | 0 |
| 29 TELEPHONE SYSTEM | | 08/31/06 | 1,379 | | 100.00 | | | 1,379 | 7.00 | 200DB/HY | | 0 |
| 30 CHRISTMAS TREE & LIGHTS | | 10/31/06 | 1,814 | | 100.00 | | | 1,814 | 7.00 | 200DB/HY | | 0 |
| 31 BLINDS FOR OFFICE | | 12/31/06 | 685 | | 100.00 | | | 685 | 7.00 | 200DB/HY | | 0 |
| 33 OFFICE FURNITURE | | 01/01/07 | 685 | | 100.00 | | | 685 | 7.00 | 200DB/HY | | 0 |
| 34 OFFICE FURNITURE | | 03/01/07 | 1,080 | | 100.00 | | | 1,080 | 7.00 | 200DB/HY | | 0 |
| 36 DELL COMPUTER | | 04/03/07 | 2,730 | | 100.00 | | | 2,730 | 7.00 | 200DB/HY | | 0 |
| 37 OFFICE FURNITURE | | 05/10/07 | 1,075 | | 100.00 | | | 1,075 | 5.00 | 200DB/HY | | 0 |
| 38 OFFICE FURNITURE | | 06/26/07 | 2,667 | | 100.00 | | | 2,667 | 5.00 | 200DB/HY | | 0 |
| 35 SERVER/COMPUTERS | | 06/27/07 | 2,000 | | 100.00 | | | 2,000 | 5.00 | 200DB/HY | | 0 |
| 39 OFFICE FURNITURE | | 07/28/08 | 6,000 | | 100.00 | | | 6,000 | 7.00 | 200DB/HY | | 0 |
| 41 SOFA | | 07/28/08 | 1,180 | | 100.00 | | | 1,180 | 7.00 | 200DB/HY | | 0 |
| 42 COMPUTER | | 08/12/08 | 460 | | 100.00 | | | 460 | 5.00 | 200DB/HY | | 0 |
| 43 ART FOR OFFICE | | 10/21/08 | 1,000 | | 100.00 | | | 1,000 | 5.00 | 200DB/HY | | 0 |
| 44 OFFICE REFRIGERATOR | | 11/24/08 | 2,242 | | 100.00 | | | 2,242 | 5.00 | 200DB/HY | | 0 |
| 40 OFFICE FURNITURE | | 12/31/08 | 530 | | 100.00 | | | 530 | 5.00 | 200DB/HY | | 0 |

Code: S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

KENNY LEIGH, PA

Form 1120S - Line 21

**Depreciation and Amortization Report**

Tax Year 2015

► Keep for your records

2015

03-0390369

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 OFFICE FURNITURE | | 01/29/09 | 5,042 | | 100.00 | 5,042 | | | 7.00 | 200DB/HY | | 0 |
| 46 OFFICE FURNITURE | | 07/28/09 | 700 | | 100.00 | 700 | | | 7.00 | 200DB/HY | | 0 |
| 47 OFFICE FURNITURE | | 08/31/09 | 800 | | 100.00 | 800 | | | 7.00 | 200DB/HY | | 0 |
| 48 SIGN | | 09/01/09 | 2,431 | | 100.00 | 2,431 | | | 7.00 | 200DB/HY | | 0 |
| 49 FURNITURE | | 09/01/09 | 600 | | 100.00 | 600 | | | 5.00 | 200DB/HY | | 0 |
| 48 ADDITIONAL OFFICE FURNITURE | | 09/04/09 | 800 | | 100.00 | 800 | | | 7.00 | 200DB/HY | | 0 |
| 51 OFFICE FURNITURE | | 02/11/10 | 2,770 | | 100.00 | 2,770 | | | 7.00 | 200DB/HY | | 0 |
| 52 SIGN | | 02/18/10 | 600 | | 100.00 | 600 | | | 7.00 | 200DB/HY | | 0 |
| 53 OFFICE FURNITURE | | 03/11/10 | 1,142 | | 100.00 | 1,142 | | | 7.00 | 200DB/HY | | 0 |
| 54 OFFICE FURNITURE | | 03/15/10 | 1,887 | | 100.00 | 1,887 | | | 7.00 | 200DB/HY | | 0 |
| 55 COMPUTER | | 03/15/10 | 588 | | 100.00 | 588 | | | 7.00 | 200DB/HY | | 0 |
| 56 OFFICE FURNITURE | | 03/17/10 | 2,725 | | 100.00 | 2,725 | | | 7.00 | 200DB/HY | | 0 |
| 57 OFFICE FURNITURE | | 03/20/10 | 284 | | 100.00 | 284 | | | 7.00 | 200DB/HY | | 0 |
| 58 SIGNAGE | | 04/01/10 | 579 | | 100.00 | 579 | | | 7.00 | 200DB/HY | | 0 |
| 59 BACKUP DEVICE | | 04/29/10 | 1,177 | | 100.00 | 1,177 | | | 5.00 | 200DB/HY | | 0 |
| 60 NEW SERVER | | 04/29/10 | 3,953 | | 100.00 | 3,953 | | | 5.00 | 200DB/HY | | 0 |
| 61 DOCKING STATION FOR SERVER | | 04/29/10 | 149 | | 100.00 | 149 | | | 5.00 | 200DB/HY | | 0 |
| 62 20" LCD MONITOR FOR SERVER | | 04/29/10 | 138 | | 100.00 | 138 | | | 5.00 | 200DB/HY | | 0 |
| 63 PHONE SYSTEM | | 05/13/10 | 10,160 | | 100.00 | 10,160 | | | 7.00 | 200DB/HY | | 0 |
| 64 DESK FOR OFFICE | | 08/15/10 | 400 | | 100.00 | 400 | | | 5.00 | 200DB/HY | | 0 |
| 69 DELL LATITUDE LAPTOP | | 09/13/10 | 1,547 | | 100.00 | 1,547 | | | 5.00 | 200DB/HY | | 0 |
| 66 DELL OPTIPLEX COMPUTER | | 09/13/10 | 1,129 | | 100.00 | 1,129 | | | 5.00 | 200DB/HY | | 0 |
| 67 DELL LATITUDE LAPTOP | | 09/13/10 | 1,693 | | 100.00 | 1,693 | | | 5.00 | 200DB/HY | | 0 |
| 68 DELL OPTIPLEX DESKTOP COMPUTER | | 09/13/10 | 1,320 | | 100.00 | 1,320 | | | 5.00 | 200DB/HY | | 0 |
| 70 DELL OPTIPLEX DESKTOP COMPUTER | | 09/13/10 | 1,703 | | 100.00 | 1,703 | | | 5.00 | 200DB/HY | | 0 |
| 65 OFFICE FURNITURE | | 09/30/10 | 1,367 | | 100.00 | 1,367 | | | 5.00 | 200DB/HY | | 0 |
| 71 HP LASERJET PRINTER | | 09/30/10 | 855 | | 100.00 | 855 | | | 5.00 | 200DB/HY | | 0 |
| 72 OFFICE FURNITURE | | 10/01/10 | 2,584 | | 100.00 | 2,584 | | | 7.00 | 200DB/HY | | 0 |
| 73 OFFICE FURNITURE (DUVAL OFFICE) | | 10/06/10 | 5,397 | | 100.00 | 5,397 | | | 7.00 | 200DB/HY | | 0 |
| 74 DELL VOSTRO 3700 LAPTOP | | 10/26/10 | 928 | | 100.00 | 928 | | | 7.00 | 200DB/HY | | 0 |
| 75 DELL E5410 LAPTOP | | 10/26/10 | 1,600 | | 100.00 | 1,600 | | | 5.00 | 200DB/HY | | 0 |
| 76 E/PORT PLUS ADVANCED PORT REPLICATOR | | 10/26/10 | 264 | | 100.00 | 264 | | | 5.00 | 200DB/HY | | 0 |
| 77 CISCO GIGABYTE SWITCHES | | 10/26/10 | 833 | | 100.00 | 833 | | | 5.00 | 200DB/HY | | 0 |
| 78 DELL OPTIPLEX 760 DESKTOP COMPUTER | | 10/26/10 | 1,271 | | 100.00 | 1,271 | | | 5.00 | 200DB/HY | | 0 |
| 79 DELL OPTIPLEX 760 DESKTOP COMPUTER | | 10/26/10 | 1,271 | | 100.00 | 1,271 | | | 5.00 | 200DB/HY | | 0 |
| 80 DELL OPTIPLEX 760 DESKTOP COMPUTER | | 10/26/10 | 1,271 | | 100.00 | 1,271 | | | 5.00 | 200DB/HY | | 0 |
| 81 DELL OPTIPLEX 760 DESKTOP COMPUTER | | 10/26/10 | 1,271 | | 100.00 | 1,271 | | | 5.00 | 200DB/HY | | 0 |

Code: S = Sold, A = Auto, L = Listed, C = COGS

FDIV0501  05/13/15

Page 2 of 5

**Form 4562**

KENNY LEIGH, PA

Form 1120S - Line 21

## Depreciation and Amortization Report

Tax Year 2015

▶ Keep for your records

2015

03-0390369

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82 SONICWALL TZ210 FIREWALL | | 10/26/10 | 1,069 | | 100.00 | 1,069 | | | 5.00 | 200DB/HY | | 0 |
| 83 OFFICE FURNITURE | | 10/27/10 | 401 | | 100.00 | 401 | | | 7.00 | 200DB/HY | | 0 |
| 86 CONFERENCE ROOM TABLE & CHAIRS (DUVAL OFFICE) | | 11/01/10 | 9,557 | | 100.00 | 9,557 | | | 7.00 | 200DB/HY | | 0 |
| 85 OFFICE FURNITURE | | 11/01/10 | 433 | | 100.00 | 433 | | | 5.00 | 200DB/HY | | 0 |
| 87 RECEPTIONIST DESK - (DUVAL OFFICE) | | 11/01/10 | 5,489 | | 100.00 | 5,489 | | | 5.00 | 200DB/HY | | 0 |
| 84 WIRING FOR DUVAL OFFICE | | 11/01/10 | 6,100 | | 100.00 | | 3,050 | 3,050 | 7.00 | 200DB/HY | | 0 |
| 88 DELL VOSTRO 230 DESKTOP | | 11/05/10 | 749 | | 100.00 | 749 | | | 15.00 | SL/HY | 915 | 203 |
| 89 PHONE SYSTEM (DUVAL OFFICE) | | 11/19/10 | 11,127 | | 100.00 | 11,127 | | | 5.00 | 200DB/HY | | 0 |
| 90 DESKS & CHAIRS | | 11/20/10 | 4,500 | | 100.00 | 4,500 | | | 7.00 | 200DB/HY | | 0 |
| 91 DESK & CHAIR | | 11/20/10 | 980 | | 100.00 | 980 | | | 7.00 | 200DB/HY | | 0 |
| 92 DESK & CHAIR | | 11/20/10 | 494 | | 100.00 | 494 | | | 7.00 | 200DB/HY | | 0 |
| 93 DELL OPTIPLEX 380 DESKTOP | | 01/15/11 | 679 | | 100.00 | 679 | | | 5.00 | 200DB/HY | | 0 |
| 94 DELL OPTIPLEX 380 DESKTOP | | 01/15/11 | 679 | | 100.00 | 679 | | | 5.00 | 200DB/HY | | 0 |
| 95 DELL 2335DN PRINTER | | 01/20/11 | 405 | | 100.00 | 405 | | | 5.00 | 200DB/HY | | 0 |
| 96 DIVIDERS & DESKS | | 01/31/11 | 2,869 | | 100.00 | 2,869 | | | 5.00 | 200DB/HY | | 0 |
| 97 DUVAL CONFERENCE ROOM PHONE | | 02/10/11 | 485 | | 100.00 | 485 | | | 5.00 | 200DB/HY | | 0 |
| 98 DELL OPTIPLEX 380 MINITOWER | | 04/01/11 | 948 | | 100.00 | 948 | | | 5.00 | 200DB/HY | | 0 |
| 99 TZ 100 WIRELESS N SECURITY APPLIANCE | | 04/01/11 | 374 | | 100.00 | 374 | | | 7.00 | 200DB/HY | | 0 |
| 104 OFFICE FURNITURE - ALACHUA | | 04/01/11 | 208 | | 100.00 | 208 | | | 5.00 | 200DB/HY | | 0 |
| 103 OFFICE FURNITURE - ALACHUA | | 04/01/11 | 2,052 | | 100.00 | 2,052 | | | 5.00 | 200DB/HY | | 0 |
| 102 OFFICE FURNITURE - ALACHUA | | 04/01/11 | 700 | | 100.00 | 700 | | | 7.00 | 200DB/HY | | 0 |
| 100 CONFERENCE ROOM PHONE - CLAY | | 04/12/11 | 495 | | 100.00 | 495 | | | 5.00 | 200DB/HY | | 0 |
| 101 OFFICE FURNITURE - ALACHUA | | 04/14/11 | 2,000 | | 100.00 | 2,000 | | | 7.00 | 200DB/HY | | 0 |
| 105 PAINTINGS FOR DUVAL OFFICE | | 04/30/11 | 2,675 | | 100.00 | 2,675 | | | 7.00 | 200DB/HY | | 0 |
| 106 PAINTINGS FOR DUVAL OFFICE | | 04/30/11 | 551 | | 100.00 | 551 | | | 5.00 | 200DB/HY | | 0 |
| 107 PAINTING FOR DUVAL OFFICE | | 05/01/11 | 2,173 | | 100.00 | 2,173 | | | 5.00 | 200DB/HY | | 0 |
| 108 IPAD | | 05/01/11 | 534 | | 100.00 | 534 | | | 5.00 | 200DB/HY | | 0 |
| 109 OFFICE FURNITURE - GAINESVILLE | | 05/02/11 | 523 | | 100.00 | 523 | | | 7.00 | 200DB/HY | | 0 |
| 110 OFFICE FURNITURE - GAINESVILLE | | 05/17/11 | 710 | | 100.00 | 710 | | | 7.00 | 200DB/HY | | 0 |
| 111 2-DRAWER DESK | | 07/01/11 | 960 | | 100.00 | 960 | | | 7.00 | 200DB/HY | | 0 |
| 112 6 DRAWER FILE CHEST | | 07/01/11 | 2,083 | | 100.00 | 2,083 | | | 7.00 | 200DB/HY | | 0 |
| 113 MAHOGANY CARVED CHAIR | | 07/01/11 | 1,281 | | 100.00 | 1,281 | | | 7.00 | 200DB/HY | | 0 |
| 114 GRAND GARDEN GATE PICTURE | | 07/01/11 | 411 | | 100.00 | 411 | | | 7.00 | 200DB/HY | | 0 |
| 115 VENDOR OF DREAMS PICTURE | | 07/01/11 | 703 | | 100.00 | 703 | | | 7.00 | 200DB/HY | | 0 |
| 116 2-TIER TABLE | | 07/01/11 | 510 | | 100.00 | 510 | | | 7.00 | 200DB/HY | | 0 |
| 117 AREA RUG - KENNY'S OFFICE | | 07/01/11 | 1,779 | | 100.00 | 1,779 | | | 7.00 | 200DB/HY | | 0 |
| 118 FLOOR LAMP | | 07/01/11 | 196 | | 100.00 | 196 | | | 7.00 | 200DB/HY | | 0 |

Code: S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

**Depreciation and Amortization Report**

**2015**

03-0390369

KENNY LEIGH, PA
Form 1120S - Line 21

Tax Year 2015
➤ Keep for your records

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 LEATHER LOVESEAT - KENNY'S OFFICE | | 07/01/11 | 6,982 | | 100.00 | 6,982 | | | 7.00 | 200DB/HY | | 0 |
| 120 BEVERAGE BACK TABLE - KENNY'S OFFICE | | 07/01/11 | 278 | | 100.00 | 278 | | | 7.00 | 200DB/HY | | 0 |
| 121 CISCO SR-2016T SWITCH | | 10/08/11 | 256 | | 100.00 | 256 | | | 5.00 | 200DB/HY | | 0 |
| 122 SONICWALL TZ-200 WIRELESS ROUTER | | 10/08/11 | 534 | | 100.00 | 534 | | | 5.00 | 200DB/HY | | 0 |
| 123 PAINTINGS FOR VOLUSIA OFFICE | | 10/25/11 | 2,325 | | 100.00 | 2,325 | | | 7.00 | 200DB/HY | | 0 |
| 124 NEW PHONES - DUVAL | | 11/03/11 | 958 | | 100.00 | 958 | | | 7.00 | 200DB/HY | | 0 |
| 125 FURNITURE - VOLUSIA OFFICE | | 11/06/11 | 705 | | 100.00 | 705 | | | 5.00 | 200DB/HY | | 0 |
| 126 OFFICE FURNITURE - VOLUSIA OFFICE | | 11/06/11 | 4,295 | | 100.00 | 4,295 | | | 5.00 | 200DB/HY | | 0 |
| 127 OFFICE FURNITURE - VOLUSIA OFFICE | | 11/18/11 | 732 | | 100.00 | 732 | | | 5.00 | 200DB/HY | | 0 |
| 128 PHONE SYSTEM - GAINESVILLE | | 12/01/11 | 1,391 | | 100.00 | 1,391 | | | 5.00 | 200DB/HY | | 0 |
| 129 PHONE SYSTEM - VOLUSIA | | 12/01/11 | 1,659 | | 100.00 | 1,659 | | | 5.00 | 200DB/HY | | 0 |
| 130 OFFICE CHAIR - LA-Z BOY | | 12/30/11 | 1,007 | | 100.00 | 1,007 | | | 5.00 | 200DB/HY | | 0 |
| 131 OFFICE CHAIR - LA-Z BOY | | 12/30/11 | 1,007 | | 100.00 | 1,007 | | | 5.00 | 200DB/HY | | 0 |
| 132 PAINTINGS FOR DUVAL OFFICE | | 02/29/12 | 5,194 | | 100.00 | 5,194 | | | 5.00 | 200DB/HY | | 0 |
| 133 FURNITURE FOR DUVAL OFFICE | | 02/29/12 | 1,116 | | 100.00 | 1,116 | | | 5.00 | 200DB/HY | | 0 |
| 134 IPAD - JOHN | | 03/20/12 | 534 | | 100.00 | 534 | | | 7.00 | 200DB/HY | | 0 |
| 135 OFFICE FURNITURE - KENNY'S OFFICE | | 04/25/12 | 5,000 | | 100.00 | 5,000 | | | 7.00 | 200DB/HY | | 0 |
| 136 DELL OPTIPLEX - KENNY'S OFFICE | | 06/01/12 | 977 | | 100.00 | 977 | | | 5.00 | 200DB/HY | | 0 |
| 137 PRINTER - KENNY'S OFFICE | | 06/01/12 | 845 | | 100.00 | 845 | | | 5.00 | 200DB/HY | | 0 |
| 138 BROTHER PRINTER - KENNY OFFICE | | 07/10/12 | 494 | | 100.00 | 494 | | | 5.00 | 200DB/HY | | 0 |
| 139 SONICWALL - KENNY OFFICE | | 07/10/12 | 416 | | 100.00 | 416 | | | 5.00 | 200DB/HY | | 0 |
| 140 FUJITSU SCANNER - STEPANI | | 08/01/12 | 888 | | 100.00 | 888 | | | 5.00 | 200DB/HY | | 0 |
| 141 FUJITSU SCANNER - JOHN | | 10/01/12 | 888 | | 100.00 | 888 | | | 5.00 | 200DB/HY | | 0 |
| 142 FUJITSU SCANNER - VINCE | | 10/01/12 | 888 | | 100.00 | 888 | | | 5.00 | 200DB/HY | | 0 |
| 143 OFFICE FURNITURE - JESSICA'S OFFICE | | 11/20/12 | 730 | | 100.00 | 730 | | | 7.00 | 200DB/HY | | 0 |
| 144 OFFICE FURNITURE - GAINESVILLE OFFICE | | 11/30/12 | 1,473 | | 100.00 | 1,473 | | | 7.00 | 200DB/HY | | 0 |
| 145 NEW PHONES | | 04/01/13 | 749 | | 100.00 | 749 | | | 5.00 | 200DB/HY | | 0 |
| 146 LAPTOP FOR HILLARY | | 04/01/13 | 1,108 | | 100.00 | 1,108 | | | 5.00 | 200DB/HY | | 0 |
| 147 SWITCH | | 04/01/13 | 706 | | 100.00 | 706 | | | 5.00 | 200DB/HY | | 0 |
| 157 LAPTOP - BOCA RATON | | 04/01/13 | 1,713 | | 100.00 | 1,713 | | | 5.00 | 200DB/HY | | 0 |
| 156 LAPTOP FOR HILLARY | | 04/01/13 | 1,108 | | 100.00 | 1,108 | | | 5.00 | 200DB/HY | | 0 |
| 155 OFFICE FURNITURE - BOCA RATON | | 05/03/13 | 2,354 | | 100.00 | 2,354 | | | 5.00 | 200DB/HY | | 0 |
| 149 FENS SYSTEM EQUIPMENT - BUD MUSIC MODULE | | 04/01/13 | 1,013 | | 100.00 | 1,013 | | | 5.00 | 200DB/HY | | 0 |
| 148 FENS SYSTEM EQUIPMENT - BUD MUSIC MODULE | | 05/20/13 | 3,978 | | 100.00 | 3,978 | | | 7.00 | 200DB/HY | | 0 |
| 153 BACK-UP MODULE | | 08/31/13 | 1,013 | | 100.00 | 1,013 | | | 7.00 | 200DB/HY | | 0 |
| 154 OFFICE FURNITURE - VOLUSIA | | 09/06/13 | 5,863 | | 100.00 | 5,863 | | | 7.00 | 200DB/HY | | 0 |
| 150 BACK-UP MODULE HARDWARE | | 09/06/13 | 5,863 | | 100.00 | 5,863 | | | 5.00 | 200DB/HY | | 0 |
| 152 DESKTOP - ADMINISTRATION | | 09/06/13 | 939 | | 100.00 | 939 | | | 5.00 | 200DB/HY | | 0 |

Code:   S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

KENNY LEIGH, PA
Form 1120S - Line 21

## Depreciation and Amortization Report

Tax Year 2015
► Keep for your records

2015

03-0390369

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 LAPTOP - VOLUSIA | | 09/06/13 | 1,199 | | 100.00 | 1,199 | | | 5.00 | 200DB/HY | | 0 |
| 158 FUJITSU SCANNER | | 11/16/13 | 749 | | 100.00 | 749 | | | 5.00 | 200DB/HY | | 0 |
| 159 COMPUTERS | | 03/14/14 | 5,280 | | 100.00 | 5,280 | | | 5.00 | 200DB/HY | | 0 |
| SUBTOTAL PRIOR YEAR | | | 247,708 | 0 | | 226,007 | 3,050 | 18,651 | | | 16,515 | 0 |
| TOTALS | | | 285,291 | 0 | | 263,590 | 3,050 | 18,651 | | | 16,515 | 203 |
| AMORTIZATION | | | | | | | | | | | | |
| 22 GOODWILL | | 12/01/03 | 104,000 | | 100.00 | | | 104,000 | 15.00 | | 76,845 | 6,933 |
| SUBTOTAL PRIOR YEAR | | | 104,000 | | | 0 | 0 | 104,000 | | | 76,845 | 6,933 |
| TOTALS | | | 104,000 | | | 0 | 0 | 104,000 | | | 76,845 | 6,933 |

Code:    S = Sold, A = Auto, L = Listed, C = COGS

**Form 4562**

KENNY LEIGH, PA

Form 1120S - Line 21

**Depreciation and Amortization Report**

Tax Year: 2015

► Keep for your records

03-0390369

2015

| Asset Description | Code | Date in Service | Cost (net of land) | Land | Business Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 LAPTOP - VOLUSIA | | 09/06/13 | 1,199 | | 100.00 | 1,199 | | | | | 0 | |
| 158 FUJITSU SCANNER | | 11/14/13 | 749 | | 100.00 | 749 | | | 5.00 | 200DB/HY | 0 | |
| 159 COMPUTERS | | 03/14/14 | 5,280 | | 100.00 | 5,280 | | | 5.00 | 200DB/HY | 0 | |
| SUBTOTAL PRIOR YEAR | | | 247,708 | 0 | | 226,007 | 3,050 | 18,651 | 5.00 | 200DB/HY | 16,515 | 0 |
| TOTALS | | | 285,291 | 0 | | 263,590 | 3,050 | 18,651 | | | 16,515 | 203 |
| AMORTIZATION | | | | | | | | | | | | |
| 22 GOODWILL | | 12/01/03 | 104,000 | | 100.00 | | | 104,000 | 15.00 | | 76,845 | 6,933 |
| SUBTOTAL PRIOR YEAR | | | 104,000 | | | 0 | 0 | 104,000 | | | 76,845 | 6,933 |
| TOTALS | | | 104,000 | | 0 | 0 | 0 | 104,000 | | | 76,845 | 6,933 |

Code: S = Sold, A = Auto, L = Listed, C = COGS

FDIV2501 00/13/15

Page 5 of 5

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Attn: Nicole Whitfield<br>400 West Bay Street<br>Stop 5117<br>Jacksonville, FL 32202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177,437.31 | $177,437.31 |
|  | Date or dates debt was incurred | Basis for the claim:<br>4th Quarter, 2015 Payroll Taxes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
|  |  | |
| **3.1** | Nonpriority creditor's name and mailing address<br>American Express<br>c/o Zwicker & Associates<br>Attn: John Whallen<br>10550 Deerwood Pk Blvd #300<br>Jacksonville, FL 32256 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>$216,442.50 |
|  | Date(s) debt was incurred  10/15-12/15 | Basis for the claim:  Charge Account |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address<br>Comcast Spotlight<br>Attn: Bryan Rogero<br>10751 Deerwood Park Blvd<br>Jacksonville, FL 32256 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>$32,160.86 |
|  | Date(s) debt was incurred _ | Basis for the claim:  Advertising |
|  | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes |

| Debtor | Kenny Leigh, PA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,197.35

iHeart Media
c/o Law Offices Richard Avis
PO Box 31579
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Advertising__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,500.00

Integrity Consulting Service
Attn: Eric Jaffe
6225 Lake Gray Blvd
Jacksonville, FL 32244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services Rendered__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,963.80

Jacksonville Jaguars
Attn: Kelly Flanagan
One EverBank Field
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Advertising__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,231.39

Lamar Media
Attn: Ariel Turner
PO Box 96030
Baton Rouge, LA 70896

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Advertising__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $145,000.00

Out Front Media
Attn: Evelyn Gonzalez
8917 Western Way, Ste 9
Jacksonville, FL 32256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Advertising__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,500.00

Rumberger, Kirk & Caldwell
Attn: Crystal Parsons
300 South Orange Avenue
Suite 1400
Orlando, FL 32801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250,000.00

Suntrust Line of Credit
Attn: Betsy Crawford
76 S Laura Street
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Line of Credit__

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Kenny Leigh, PA | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,572.52 |
|---|---|---|---|

Suntrust Visa
Attn: Betsy Crawford
76 S. Laura Street
Jacksonville, FL 32202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Charge Account_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

WFLX
1100 Banyan Road
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Altus Global Trade Solutions<br>Attn: Marcus Kent<br>2400 Veterans Blvd<br>Suite 300<br>Kenner, LA 70062 | Line _3.11_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Denise N. Murphy, Esq.<br>531 Main Street<br>Suite F<br>Safety Harbor, FL 34695 | Line _3.6_<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 177,437.31 |
| **5b. Total claims from Part 2** | 5b. + | $ | 744,468.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 921,905.73 |

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal         Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | 301 W. Bay Street, Suite 1010, Jacksonville, FL 32202 For Downtown Jacksonville Lease, term ends 05/2018 Contact:  Laura McDaniels | |
| State the term remaining | Expires 5/2018 | Amkin West Bay 301 West Bay Street Suite 210 Jacksonville, FL 32202 |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | 2770 NW 43rd Suite P, Gainesville, FL 32601 For Gainesville Location Lease, term ends 04/2020 | |
| State the term remaining | Expires 4/2020 | Building 32606, Inc. c/o Saul Silber Properties 3434 SW 24th Avenue Suite A Gainesville, FL 32608 |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | 414 Old Hard Road, Suite 201, Fleming Island, FL 32003 Clay County Lease, term ends 03/2025 Contact:  Rick Wood | |
| State the term remaining | Expires 3/2025 | C&E Investors 414 Old Hard Road Suite 502 Fleming Island, FL 32003 |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | Kenny Leigh, PA | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 6750 N. Andrews Avenue, #200, Fort Lauderdale, FL 33309 For Ft. Lauderdale Location Lease, term ends 11/2021 Contact: Jason Santoyo | G&I VII Pinnacle LLC c/o BSC Realty Services LLC 500 W. Cypress Creek Road Suite 200 Fort Lauderdale, FL 33309 |
|---|---|---|---|
| | State the term remaining | Expires 11/2021 | |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 171 Brooks Street SE, Suite 307, Ft. Walton Beach, FL 32548 For Fort Walton Beach Location Lease, term ends 06/2020 Contact: Angel Nazary | Miramar Place Offices, Inc. 205 Brooks Street Suite 201 Fort Walton Beach, FL 32548 |
|---|---|---|---|
| | State the term remaining | Expires 6/2020 | |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | 2255 Glades Road, Ste 238W, Boca Raton, FL 33431 For Boca Raton Location Lease, term ends 09/2019 Contact: Vanessa Henderson | One Boca Place, LLC Crocker Partners Property Mg 2255 Glades Road Suite #124A Boca Raton, FL 33431 |
|---|---|---|---|
| | State the term remaining | Expires 9/2019 | |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | 17 W Government St, Suite C, Pensacola, FL 32502 For Pensacola Location Lease, term ends 05/2020 Contact: Clark Thompson | Quayside Properties PO Box 1172 Pensacola, FL 32591 |
|---|---|---|---|
| | State the term remaining | Expires 5/2020 | |
| | List the contract number of any government contract | | |

| Debtor 1 | Kenny Leigh, PA | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest  8875 Hidden River Pakrway #300, Tampa, FL 33637 For Tampa Location Lease, term ends 07/2017  State the term remaining  Expires 7/2017  List the contract number of any government contract | Regus Centers, Inc. 8875 Hidden River Pkwy #300 Tampa, FL 33637 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest  For Multiple Equipment Lease for the following locations:  Downtown Jacksonville, Boca Raton, and Clay County, term ends 10/2018  State the term remaining  Expires 10/2018  List the contract number of any government contract | Saxon Business Systems 9150 Phillips Highway Suite 2 Jacksonville, FL 32256 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest  444 Seabreeze Blvd, Ste 470, Daytona Beach, FL 32118 For Daytona Beach Location Lease, term ends 02/2017 Contact:  Debbie Weiland  State the term remaining  Expires 2/2017  List the contract number of any government contract | Seabreeze Office Associates c/o Charles Wayne Properties 444 Seabreeze Blvd Suite 1000 Daytona Beach, FL 32118 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ <br> Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor name    Kenny Leigh, PA

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other _____ | $3,743,762.60 |
| For prior year:<br>From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other _____ | $6,130,666.11 |
| For year before that:<br>From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other _____ | $5,186,701.71 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Kenny Leigh, PA | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Out Front Media | 6/7/16 -<br>$5,000.00<br>6/24/16 -<br>$5,000.00<br>7/6/16 -<br>$5,000.00<br>7/21/16 -<br>$5,000.00 | $20,000.00 | |
| 4.2.   American Express | 5/13/16 -<br>$15,000.00<br>6/17/16 -<br>$15,000.00 | $30,000.00 | |
| 4.3.   Suntrust | 5/9/16 -<br>$3,530.00<br>5/27/16 -<br>$5,928.00 | $9,458.00 | |
| 4.4.   Comcast Spotlight | 5/27/16 -<br>$12,243.58 | $12,243.58 | |
| 4.5.   Jacksonville Jaguars<br>One EverBank Field<br>Jacksonville, FL 32202 | 4/27/16-6/29/<br>16 | $9,000.00 | |
| 4.6.   Suntrust Line of Credit | 5/3/16-7/13/1<br>6 | $21,164.50 | |
| 4.7.   Suntrust Bank | 5/6/16-7/22/1<br>6 | $8,500.00 | |

5.   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Kenny Leigh, PA | Case number (if known) | |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Federal Tax Lien | Payroll Taxes | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Family Nurturing Center of FL | Taste of Chocolate | 9/30/14 | $2,000.00 |
| | Recipients relationship to debtor | | | |
| 9.2. | The Donna Foundation | Charitable Donations | 10/10/14;<br>10/15/14 | $5,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | Jacksonville Jaguars Foundation | Gold Team Sponsorship | 4/17/15 | $2,400.00 |
| | Recipients relationship to debtor | | | |
| 9.4. | The Salvation Army | Donation | 4/24/15; 6/17/16 | $10,000.00 |
| | Recipients relationship to debtor | | | |
| 9.5. | Clay County Chamber Foundation | Donation | 7/8/15 | $1,000.00 |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Kenny Leigh, PA                                        Case number (if known) _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.6. | St. Vincents Healthcare Foundation | Charible Donations | 2/8/16; 2/10/16; 3/16/16; 4/15/16; 5/13/16; 6/17/16 | $14,466.65 |
| | Recipients relationship to debtor | | | |
| 9.7. | JWLA | Sponsorship | 5/20/16 | $1,500.00 |
| | Recipients relationship to debtor | | | |
| 9.8. | FIHS Booster Club | Donation | 7/12/16 | $1,000.00 |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Parker & DuFresne, P.A.<br>8777 San Jose Blvd.<br>Suite 301<br>Jacksonville, FL 32217 | | | $22,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

| Debtor | Kenny Leigh, PA | Case number *(if known)* |
|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Kenny Leigh, PA 401K Profit Sharing Plan | EIN:  45-3564306 |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Kenny Leigh, PA | Case number *(if known)* | |
|---|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Kenny Leigh, PA | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. Stephen C. Chesney, MBA/ACC, RTRP<br>1865 Weston Circle<br>Fleming Island, FL 32003 | 1/2006-5/2010 as Accountant<br>6/2010-Present as CFO |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Suntrust Bank (Walmart)<br>1505 CR 220<br>Fleming Island, FL 32003 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | Kenny Leigh, PA | Case number *(if known)* | |
|---|---|---|---|

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel K. Leigh, Jr. | 1303 Oak Landing Lane<br>Fleming Island, FL 32003 | CEO | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stefani K. Nolan | 4344 Outrigger Drive<br>Jacksonville, FL | President | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Vick | 3807 Chasing Falls Road<br>Orange Park, FL | COO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen C. Chesney | 1865 Weston Circle<br>Fleming Island, FL 32003 | CFO | 0% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | John Vick<br>3807 Chasing Falls Road<br>Orange Park, FL | $87,188.28 | 7/24/15-7/24/16 | Salary & Bonus |
| | **Relationship to debtor** | | | |
| 30.2<br>. | Stefani K. Nolan<br>4344 Outrigger Drive<br>Jacksonville, FL | $140,413.36 | 7/24/15-7/24/16 | Salary & Bonus |
| | **Relationship to debtor** | | | |

| Debtor | Kenny Leigh, PA | Case number *(if known)* | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | Stephen C. Chesney<br>1865 Weston Circle<br>Fleming Island, FL 32003 | $65,912.81 | 7/24/15-7/24/16 | Salary & Bonus |
| | **Relationship to debtor** | | | |
| 30.4. | Daniel K. Leigh, Jr.<br>1303 Oak Landing Lane<br>Fleming Island, FL 32003 | $199,999.92 - Salary<br>$312,058.36 - Shareholder Distributions | 7/24/15-7/24/16 | Salary & Shareholder Distributions |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor      Kenny Leigh, PA                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 23, 2016

/s/ Daniel K. Leigh, Jr.                                   Daniel K. Leigh, Jr.
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor      CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re  Kenny Leigh, PA

Case No.

Debtor(s)

Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel K. Leigh, Jr.<br>1303 Oak Landing Lane<br>Fleming Island, FL 32003 | | | CEO |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  August 23, 2016

Signature  /s/ Daniel K. Leigh, Jr.

Daniel K. Leigh, Jr.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   Kenny Leigh, PA

Debtor(s)

Case No.

Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 23, 2016

/s/ Daniel K. Leigh, Jr.

Daniel K. Leigh, Jr./CEO
Signer/Title

Kenny Leigh, PA
414 Old Hard Road
Suite 201
Fleming Island, FL 32003

Donald M. DuFresne
Parker & DuFresne, P.A.
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217

Transunion
Post Office Box 2000
Chester, PA 19022-2002

Experian
701 Experian Pkwy
Allen, TX 75013-3715

Equifax Credit Information
Post Office Box 740256
Atlanta, GA 30374-0256

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Altus Global Trade Solutions
Attn: Marcus Kent
2400 Veterans Blvd
Suite 300
Kenner, LA 70062

American Express
c/o Zwicker & Associates
Attn: John Whallen
10550 Deerwood Pk Blvd #300
Jacksonville, FL 32256

Amkin West Bay
301 West Bay Street
Suite 210
Jacksonville, FL 32202

Building 32606, Inc.
c/o Saul Silber Properties
3434 SW 24th Avenue
Suite A
Gainesville, FL 32608

C&E Investors
414 Old Hard Road
Suite 502
Fleming Island, FL 32003

Comcast Spotlight
Attn: Bryan Rogero
10751 Deerwood Park Blvd
Jacksonville, FL 32256

Denise N. Murphy, Esq.
531 Main Street
Suite F
Safety Harbor, FL 34695

G&I VII Pinnacle LLC
c/o BSC Realty Services LLC
500 W. Cypress Creek Road
Suite 200
Fort Lauderdale, FL 33309

iHeart Media
c/o Law Offices Richard Avis
PO Box 31579
Chicago, IL 60631

Integrity Consulting Service
Attn: Eric Jaffe
6225 Lake Gray Blvd
Jacksonville, FL 32244

Internal Revenue Service
Attn: Nicole Whitfield
400 West Bay Street
Stop 5117
Jacksonville, FL 32202

Jacksonville Jaguars
Attn: Kelly Flanagan
One EverBank Field
Jacksonville, FL 32202

Lamar Media
Attn: Ariel Turner
PO Box 96030
Baton Rouge, LA 70896

Miramar Place Offices, Inc.
205 Brooks Street
Suite 201
Fort Walton Beach, FL 32548

One Boca Place, LLC
Crocker Partners Property Mg
2255 Glades Road
Suite #124A
Boca Raton, FL 33431

Out Front Media
Attn: Evelyn Gonzalez
8917 Western Way, Ste 9
Jacksonville, FL 32256

Quayside Properties
PO Box 1172
Pensacola, FL 32591

Regus Centers, Inc.
8875 Hidden River Pkwy
#300
Tampa, FL 33637

Rumberger, Kirk & Caldwell
Attn: Crystal Parsons
300 South Orange Avenue
Suite 1400
Orlando, FL 32801

Saxon Business Systems
9150 Phillips Highway
Suite 2
Jacksonville, FL 32256

Seabreeze Office Associates
c/o Charles Wayne Properties
444 Seabreeze Blvd
Suite 1000
Daytona Beach, FL 32118

Suntrust Line of Credit
Attn: Betsy Crawford
76 S Laura Street
Jacksonville, FL 32202


Suntrust Visa
Attn: Betsy Crawford
76 S. Laura Street
Jacksonville, FL 32202


WFLX
1100 Banyan Road
West Palm Beach, FL 33401

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re    Kenny Leigh, PA                                                          Case No. _____

                                                    Debtor(s)           Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 22,000.00 |
| Prior to the filing of this statement I have received | $ | 22,000.00 |
| Balance Due | $ | 0.00 |

2.   $   1,717.00    of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor          ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation
         agreements and applications as needed.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
         adversary proceeding; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on
         household goods.

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| August 23, 2016 | /s/ Donald M. DuFresne |
| *Date* | Donald M. DuFresne 802778 |
| | *Signature of Attorney* |
| | Parker & DuFresne, P.A. |
| | 8777 San Jose Blvd., Suite 301 |
| | Jacksonville, FL 32217 |
| | 904-733-7766  Fax: 904-733-2919 |
| | bankruptcy@jaxlawcenter.com |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Middle District of Florida

In re    Kenny Leigh, PA
_____    Case No. _____
                                    Debtor(s)            Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Kenny Leigh, PA   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 23, 2016
_____
Date

/s/ Donald M. DuFresne
_____
Donald M. DuFresne 802778
Signature of Attorney or Litigant
Counsel for   Kenny Leigh, PA
Parker & DuFresne, P.A.
8777 San Jose Blvd., Suite 301
Jacksonville, FL 32217
904-733-7766 Fax:904-733-2919
bankruptcy@jaxlawcenter.com